SEQ: 9964

**Audi South Atlanta**
4332 Jonesboro Road Union City,Ga 30291

EARNINGS STATEMENT

| EMPLOYEE NAME / ADDRESS | | | | SSN | REPORTING PERIOD | PAY DATE | EMPLOYEE ID |
|---|---|---|---|---|---|---|---|
| JOSHUA WILLIAM WADDELL | | | | XXX-XX-4578 | 09/21/2018 – 10/20/2018 | 10/23/2018 | 0618 |
| 12430 Whiteside Road Palmetto,Ga 30268 | | | | | | | |

| INCOME | RATE | HRS | CURRENT PAY | DEDUCTIONS | | TOTAL TAX | YTD TOTAL |
|---|---|---|---|---|---|---|---|
| GROSS EARNINGS | SALARY | | 6135.20 | STATUTORY DEDUCTIONS | | | |
| | | | | FICA – MEDICARE | | 88.96 | 355.84 |
| | | | | FICA – SOCIAL SECURITY | | 380.38 | 1521.52 |
| | | | | FEDERAL TAX | | 1148.75 | 4595.00 |
| | | | | GA STATE TAX | | 368.11 | 1472.44 |

| | YTD GROSS | YTD DEDUCTIONS | YTD NET PAY | TOTAL | DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|
| 4332 Jonesboro Road Union City,Ga 30291 | 24540.80 | 7944.80 | 16596.00 | 6135.20 | 1986.20 | 4149.00 |