Welcome, KRISTEN WADDELL. Today is Wednesday, October 24, 2018.                    Tutorial | Help | Logout

Back to Welcome

## Pay Stub

**Associate: KRISTEN MICHELLE WADDELL**
**Enterprise User ID: KW75701**

### Manage Your Information

About My Personal Profile

Address/Texting Change

Direct Deposit Change

Emergency Contact Change

Pay Stub

Preferred Language/Idioma Preferido

W-4 Change

### Manage Your Associates

Maintain Proxy Assignments

New Hire

Organization Reporter

Workbox

**\*\*A HIGHLY SATISFIED CUSTOMER MADE THIS PAYCHECK POSSIBLE\*\***

Select the pay stub you want to see and click "View".

**Pay Period End & Gross Pay:**   10/31/2018 - 8,172.49

| | |
|---|---|
| Check/Statement#: | 10312018-901304191 |
| Pay Period: | 10/01/2018 - 10/31/2018 |
| Pay Date: | 10/31/2018 |
| Federal Withholding Filing Status: | Married |
| Federal Withholding Allowances: | 4 |
| Federal Additional Withholding: | 0.00 |

### Company & EIN

| | | | | |
|---|---|---|---|---|
| The Kroger Co. | 1014 Vine Street | Cincinnati, Ohio | 45202 | 452474599 |

### Earnings

| Type | Rate | Hours | Earnings ($) | YTD($) |
|---|---|---|---|---|
| BONUS PAY | 0.0000 | 0.0000 | 0.00 | 250.00 |
| EXCESS LIFE | 0.0000 | 0.0000 | 5.82 | 50.54 |
| EXPENSE NONTAX | 0.0000 | 0.0000 | 0.00 | 46.00 |
| HOLIDAY O/T | 0.0000 | 0.0000 | 0.00 | 453.53 |
| NIGHT PREM | 0.0000 | 0.0000 | 0.00 | 364.65 |
| OTHER PREM | 0.0000 | 0.0000 | 0.00 | 1,226.30 |

| | | | | |
|---|---|---|---|---|
| REGULAR EARNING | 0.0000 | 0.0000 | 8,166.67 | 72,136.61 |
| GROSS | 0.0000 | 0.0000 | 8,172.49 | 78,185.23 |
| NET | 0.0000 | 0.0000 | 6,218.56 | 59,756.02 |
| PTO | 0.0000 | 0.0000 | 0.00 | 3,578.60 |
| ED JOB RELATED | 0.0000 | 0.0000 | 0.00 | 79.00 |

Taxes

| Type | Current ($) | YTD($) |
|---|---|---|
| FEDERAL TAX | 623.76 | 5,323.86 |
| GEORGIA | 368.33 | 3,724.63 |
| MEDICARE TAX | 113.31 | 1,079.85 |
| SOCIAL SEC TAX | 484.48 | 4,617.27 |

Other Deductions

| Type | Current ($) | YTD($) |
|---|---|---|
| ACH NET CHKG | 6,218.56 | 50,541.83 |
| EXCESS LIFE D | 5.82 | 50.54 |
| KRCB DENTAL 10 | 36.00 | 357.30 |
| KRCB HEALTH 10 | 212.00 | 2,147.49 |
| KRCB HLTH SAVS | 101.53 | 996.94 |
| PAI 10 | 8.70 | 86.40 |
| UNIFORM | 0.00 | 44.93 |

Deposit Advice Only

| Financial Institution | Account # | Amount |
|---|---|---|
| WACHOVIA BANK NA | ******3243 | $ 6,218.56 |

© Workscape, Inc. 2004

powered by
Workscape

PayStub Worksheet

Page 1 of 2

Welcome, KRISTEN WADDELL. Today is Wednesday, October 24, 2018.

Tutorial | Help | Logout

Back to Welcome

## Pay Stub

**Associate:** KRISTEN MICHELLE WADDELL
**Enterprise User ID:** KW75701

### Manage Your Information

About My Personal Profile

Address/Texting Change

Direct Deposit Change

Emergency Contact Change

Pay Stub

Preferred Language/Idioma Preferido

W-4 Change

### Manage Your Associates

Maintain Proxy Assignments

New Hire

Organization Reporter

Workbox

**\*\*A HIGHLY SATISFIED CUSTOMER MADE THIS PAYCHECK POSSIBLE\*\***

Select the pay stub you want to see and click "View".

**Pay Period End & Gross Pay:** 09/28/2018 - 4,089.15

| | |
|---|---|
| Check/Statement#: | 09282018-901285747 |
| Pay Period: | 09/01/2018 - 09/30/2018 |
| Pay Date: | 09/28/2018 |
| Federal Withholding Filing Status: | Married |
| Federal Withholding Allowances: | 4 |
| Federal Additional Withholding: | 0.00 |

**Company & EIN**

| | | | | |
|---|---|---|---|---|
| The Kroger Co. | 1014 Vine Street | Cincinnati, Ohio | 45202 | 452474599 |

**Earnings**

| Type | Rate | Hours | Earnings ($) | YTD($) |
|---|---|---|---|---|
| BONUS PAY | 0.0000 | 0.0000 | 0.00 | 250.00 |
| EXCESS LIFE | 0.0000 | 0.0000 | 5.82 | 44.72 |
| EXPENSE NONTAX | 0.0000 | 0.0000 | 0.00 | 46.00 |
| HOLIDAY O/T | 0.0000 | 0.0000 | 0.00 | 453.53 |
| NIGHT PREM | 0.0000 | 0.0000 | 0.00 | 364.65 |
| OTHER PREM | 0.0000 | 0.0000 | 0.00 | 1,226.30 |

https://ehr.kroger.com/oneforce/paystub/paystub/select.do

10/24/2018

Paystub Worksheet

Page 2 of 2

| | Current | YTD |  |  |
|---|---|---|---|---|
| REGULAR EARNING | 0.0000 | 0.0000 | 4,083.33 | 63,969.94 |
| GROSS | 0.0000 | 0.0000 | 4,089.15 | 70,012.74 |
| NET | 0.0000 | 0.0000 | 3,133.50 | 53,537.46 |
| PTO | 0.0000 | 0.0000 | 0.00 | 3,578.60 |
| ED JOB RELATED | 0.0000 | 0.0000 | 0.00 | 79.00 |

Taxes

| Type | Current ($) | YTD ($) |
|---|---|---|
| FEDERAL TAX | 137.92 | 4,700.10 |
| GEORGIA | 123.33 | 3,356.30 |
| MEDICARE TAX | 54.10 | 966.54 |
| SOCIAL SEC TAX | 231.32 | 4,132.79 |

Other Deductions

| Type | Current ($) | YTD ($) |
|---|---|---|
| ACH NET CHKG | 3,133.50 | 44,323.27 |
| EXCESS LIFE D | 5.82 | 44.72 |
| KROB DENTAL 10 | 36.00 | 321.30 |
| KROB HEALTH 10 | 212.00 | 1,935.49 |
| KROB HLTH SAVS | 101.53 | 895.41 |
| PAI 10 | 8.70 | 77.70 |
| UNIFORM | 44.93 | 44.93 |

Deposit Advice Only

| Financial Institution | Account # | Amount |
|---|---|---|
| WACHOVIA BANK NA | ******3243 | $3,133.50 |

© Workscape, Inc. 2004

https://ehr.kroger.com/oneforce/paystub/paystub/select.do

10/24/2018

Welcome, KRISTEN WADDELL. Today is Wednesday, October 24, 2018.

Tutorial | Help | Logout

Back to **Welcome**

**Pay Stub**

**Associate:** KRISTEN MICHELLE WADDELL
**Enterprise User ID:** KW75701

**Manage Your Information**

About My Personal Profile

Address/Texting Change

Direct Deposit Change

Emergency Contact Change

Pay Stub

Preferred Language/Idioma Preferido

W-4 Change

**Manage Your Associates**

Maintain Proxy Assignments

New Hire

Organization Reporter

Workbox

**\*\*A HIGHLY SATISFIED CUSTOMER MADE THIS PAYCHECK POSSIBLE\*\***

Select the pay stub you want to see and click "View".

| Pay Period End & Gross Pay: | 09/14/2018 - 4,083.33 |
|---|---|
| Check/Statement#: | 09142018-850033582 |
| Pay Period: | 09/01/2018 - 09/30/2018 |
| Pay Date: | 09/14/2018 |
| Federal Withholding Filing Status: | Married |
| Federal Withholding Allowances: | 4 |
| Federal Additional Withholding: | 0.00 |

**Company & EIN**

| The Kroger Co. | 1014 Vine Street | Cincinnati, Ohio | 45202 | 452474599 |

**Earnings**

| Type | Rate | Hours | Earnings ($) | YTD($) |
|---|---|---|---|---|
| REGULAR EARNING | 0.0000 | 0.0000 | 4,083.33 | 0.00 |
| GROSS | 0.0000 | 0.0000 | 4,083.33 | 65,923.59 |
| NET | 0.0000 | 0.0000 | 3,449.38 | 50,403.96 |

**Taxes**

| Type | Current ($) | YTD($) |
|---|---|---|
| FEDERAL TAX | 176.74 | 0.00 |
| GEORGIA | 144.83 | 0.00 |

| MEDICARE TAX   | 59.21  | 0.00 |
| SOCIAL SEC TAX | 253.17 | 0.00 |

© Workscape, Inc. 2004

powered by
Workscape

PayStub Worksheet

Page 1 of 2

Welcome, KRISTEN WADDELL. Today is Tuesday, October 30, 2018.

Back to **Welcome**

Tutorial | Help | Logout

### Pay Stub

**Associate: KRISTEN MICHELLE WADDELL**
**Enterprise User ID: KW75701**

**Manage Your Information**

About My Personal Profile

Address/Texting Change

Direct Deposit Change

Emergency Contact Change

Pay Stub

Preferred Language/Idioma Preferido

W-4 Change

**Manage Your Associates**

Maintain Proxy Assignments

New Hire

Organization Reporter

Workbox

**\*\*A HIGHLY SATISFIED CUSTOMER MADE THIS PAYCHECK POSSIBLE\*\***

Select the pay stub you want to see and click "View".

Pay Period End & Gross Pay: [ 08/31/2018 - 4,089.15 ▼ ]   [View]   [Print From]

Check/Statement#:          08312018-901267522
Pay Period:                08/01/2018 - 08/31/2018
Pay Date:                  08/31/2018
Federal Withholding Filing Status:   Married
Federal Withholding Allowances:   4
Federal Additional Withholding:   0.00

**Company & EIN**

The Kroger Co. | 1014 Vine Street | Cincinnati, Ohio | 45202 | 452474599

**Earnings**

| Type | Rate | Hours | Earnings ($) | YTD($) |
|---|---|---|---|---|
| BONUS PAY | 0.0000 | 0.0000 | 0.00 | 250.00 |
| EXCESS LIFE | 0.0000 | 0.0000 | 5.82 | 38.90 |
| EXPENSE NONTAX | 0.0000 | 0.0000 | 0.00 | 18.00 |
| HOLIDAY O/T | 0.0000 | 0.0000 | 0.00 | 453.53 |
| NIGHT PREM | 0.0000 | 0.0000 | 0.00 | 364.65 |
| OTHER PREM | 0.0000 | 0.0000 | 0.00 | 1,226.30 |
| REGULAR EARNING | 0.0000 | 0.0000 | 4,083.33 | 55,803.28 |

https://ehr.kroger.com/oneforce/paystub/paystub/select.do

10/30/2018

|  | | | | |
|---|---|---|---|---|
| GROSS | 0.0000 | 0.0000 | 4,089.15 | 61,812.26 |
| NET | 0.0000 | 0.0000 | 3,178.44 | 46,926.58 |
| PTO | 0.0000 | 0.0000 | 0.00 | 3,578.60 |
| ED JOB RELATED | 0.0000 | 0.0000 | 0.00 | 79.00 |

**Taxes**

| Type | Current ($) | YTD($) |
|---|---|---|
| FEDERAL TAX | 137.92 | 4,385.44 |
| GEORGIA | 123.33 | 3,088.14 |
| MEDICARE TAX | 54.10 | 853.23 |
| SOCIAL SEC TAX | 231.31 | 3,648.30 |

**Other Deductions**

| Type | Current ($) | YTD($) |
|---|---|---|
| ACH NET CHKG | 3,178.44 | 41,161.77 |
| EXCESS LIFE D | 5.82 | 38.90 |
| KROB DENTAL 10 | 36.00 | 285.30 |
| KROB HEALTH 10 | 212.00 | 1,723.49 |
| KROB HLTH SAVS | 101.53 | 793.88 |
| PAI 10 | 8.70 | 69.00 |

**Deposit Advice Only**

| Financial Institution | Account # | Amount |
|---|---|---|
| WACHOVIA BANK NA | ******3243 | $ 3,178.44 |

© Workscape, Inc. 2004

powered by Workscape